tioners. *Jim Garrison* for respondent.

No. 1122, Misc. BENNETT *v.* TEXAS. Ct. Crim. App. Tex. *Lewis L. Scott* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 1188, Misc. McCLUNG *v.* WASHINGTON. Sup. Ct. Wash. Petitioner *pro se. James E. Kennedy* for respondent.

No. 1203, Misc. DRUMMOND *v.* UNITED STATES. C. A. 2d Cir. *Orison S. Marden* and *Leon B. Polsky* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Robert L. Keuch* for the United States.

No. 1436, Misc. LOPEZ *v.* UNITED STATES. C. A. 2d Cir. *Anthony F. Marra* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 1549, Misc. LOGNER *v.* NORTH CAROLINA. Sup. Ct. N. C. *Wade H. Penny, Jr.,* for petitioner. *Thomas Wade Bruton,* Attorney General of North Carolina, for respondent.

No. 4, Misc. HAYDEN *v.* INDIANA. Sup. Ct. Ind. *Richard M. Orr* for petitioner. *John J. Dillon,* Attorney General of Indiana, for respondent.

No. 162, Misc. BENNINGS *v.* UNITED STATES. C. A. D. C. Cir. Motion to strike brief of the United States denied. *George F. Bason, Jr.,* for petitioner. *Solicitor*